IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**BONNIE J. TILLMAN,** and **DARLA J. TILLMAN-SAMUELSON,** as
Personal Representative of the Estate
of John Tillman,

    Plaintiffs,

v.

**REVERSE MORTGAGE SOLUTIONS, INC.,** a Delaware corporation; **et al.,**

    Defendants.

No. 3:18-cv-00121-AC

OPINION AND ORDER

**MOSMAN, J.,**

On July 31, 2018, Magistrate Judge John V. Acosta issued his Findings and Recommendation (F&R) [38], recommending that I should GRANT Defendants' Motion to Dismiss [16]. Neither party objected.

### DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or

recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

## CONCLUSION

Upon review, I agree with Judge Acosta's recommendation and I ADOPT the F&R [38] in full. I GRANT Defendant's Motion to Dismiss.

IT IS SO ORDERED.

DATED this 15 day of September, 2018.

MICHAEL W. MOSMAN
Chief United States District Judge